U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 JUN 13 AM 9: 54

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MARY AND RICHARD HOULE,

        Plaintiffs,

v.

THE STANDARD FIRE INSURANCE
COMPANY AND FEDERAL EMERGENCY
MANAGEMENT AGENCY

        Defendants.

Case No: 2:13-CV-44

## NOTICE OF DISMISSAL OF DEFENDANT FEMA
## PURSUANT TO
## FEDERAL RULE CIVIL PROCEDURE 41(a)(1)

Plaintiffs Mary and Richard Houle hereby dismiss Defendant Federal Emergency Management Agency (FEMA) from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). FEMA has not yet answered the Complaint nor filed a dispositive motion; therefore, no stipulation or court order is required. I certify that I have served this Notice on all parties via regular mail.

Dated: June 12, 2013
       Burlington, VT

Margaret Frye, Esq.
Attorney for Plaintiff
Legal Services Law Line of Vermont
274 North Winooski Avenue
Burlington, VT 05401
802-863-7153
mfrye@lawlinevt.org