UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| MARY and RICHARD HOULE,<br>　　Plaintiffs<br><br>　　　v.<br><br>THE STANDARD FIRE INSURANCE<br>COMPANY and FEDERAL EMERGENCY,<br>MANAGEMENT AGENCY,<br>　　Defendants | )<br>)<br>)<br>)　　Docket No. 2:13-cv-44<br>)<br>)<br>)<br>)<br>) |

## DISCOVERY CERTIFICATE

I, Matthew B. Byrne, hereby certify that on July 9, 2013, I served Defendant The Standard Fire Insurance Company's Initial Disclosures by U.S. Mail, postage prepaid to:

Margaret Frye, Esq.  
Legal Services Law Line of Vermont, Inc.  
274 North Winooski Avenue  
Burlington, VT 05401

Marshall Gilinsky, Esquire  
Anderson Kill & Olick, P.C.  
1251 Avenue of the Americas  
New York, NY 10020

Dated:　　Burlington, Vermont  
　　　　　　July 9, 2013

　　　　　　　　　　　　　　　　　　*/s/ Matthew B. Byrne*  
　　　　　　　　　　　　　　　　　　Matthew B. Byrne, Esq.  
　　　　　　　　　　　　　　　　　　Gravel & Shea PC  
　　　　　　　　　　　　　　　　　　76 St. Paul Street, 7th Floor, P. O. Box 369  
　　　　　　　　　　　　　　　　　　Burlington, VT  05402-0369  
　　　　　　　　　　　　　　　　　　(802) 658-0220  
　　　　　　　　　　　　　　　　　　mbyrne@gravelshea.com  
　　　　　　　　　　　　　　　　　　For Defendant The Standard Fire Insurance Company