|  |  |  |
|---|---|---|
| JEFFREY S. EATON<br>CLERK | UNITED STATES DISTRICT<br>COURT<br>OFFICE OF THE CLERK<br>DISTRICT OF VERMONT<br>FEDERAL BUILDING<br>BURLINGTON, VERMONT<br>05402-0945 | ✓ P.O. BOX 945<br>BURLINGTON 05402-0945<br>(802) 951-6301<br><br>❏ P.O. BOX 998<br>BRATTLEBORO 05302-0998<br>(802) 254-0250<br><br>❏ P.O. BOX 607<br>RUTLAND 05702-0607<br>(802) 773-0245 |

July 31, 2013

Margaret Frye, Esq.
Legal Services Law Line of Vermont, Inc.
274 North Winooski Avenue
Burlington, VT 05401

      RE: *Houle v. The Standard Fire Insurance Company*
      Docket No. 2:13-cv-44-wks

Dear Counsel:

      The stipulated discovery schedule required by the Local Rule 26(a)(1) has not been filed in the above entitled action. This matter will be placed on the master calendar for trial should the Court not receive a proposed Stipulated Discovery Schedule/Order within fourteen (14) days.

                                    Sincerely,

                                      */s/Joanne A. Muir*

                                    Joanne A. Muir
                                    Courtroom Deputy Clerk
                                    (802) 951-6395x120

cc:
Marshall N. Gilinsky, Esq.
Craig R. Blackman, Esq.
Gina M. Stowe, Esq.
Matthew B. Byrne, Esq.