UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| MARY and RICHARD HOULE,  )<br>    Plaintiffs                         )<br>                                  )<br>        v.                        )<br>                                  )<br>THE STANDARD FIRE INSURANCE )<br>COMPANY and FEDERAL EMERGENCY, )<br>MANAGEMENT AGENCY,          )<br>    Defendants                    )  | Docket No. 2:13-cv-44 |

<u>DISCOVERY CERTIFICATE</u>

      I, Matthew B. Byrne, hereby certify that on August 7, 2013, I served Defendant The Standard Fire Insurance Company's First Set of Interrogatories to Plaintiffs and First Request for Production of Documents to Plaintiffs by U.S. Mail, postage prepaid to:

| | |
|---|---|
| Margaret Frye, Esq.<br>Legal Services Law Line of Vermont, Inc.<br>274 North Winooski Avenue<br>Burlington, VT 05401 | Marshall Gilinsky, Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 |

      Dated:      Burlington, Vermont
                          August 7, 2013

                                                    */s/ Matthew B. Byrne*
                                                    Matthew B. Byrne, Esq.
                                                    Gravel & Shea PC
                                                  76 St. Paul Street, 7th Floor, P. O. Box 369
                                                  Burlington, VT  05402-0369
                                                  (802) 658-0220
                                                  mbyrne@gravelshea.com
                                                  For Defendant The Standard Fire Insurance Company

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office. Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION