**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❏ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

August 8, 2013

Margaret Frye, Esq.
Legal Services Law Line of Vermont, Inc.
274 North Winooski Avenue
Burlington, VT 05401

RE:   *Houle et al v. Standard Fire Insurance Company, The et al*
        Docket No. 2:13-cv-00044-wks

Dear Attorney Frye:

   I am writing to you regarding the proposed Stipulated Discovery Schedule/Order that was recently electronically filed (Document No. 14). It is non-compliant with Local Rule 16.1 (b)(1) whereas unless the court exempts for good cause shown, this case is subject to the ENE process. Therefore, pursuant to Local Rule 26(a)(4)(G) the proposed stipulated discovery schedule should contain a date and time *certain* for the ENE session, as well as the name of the evaluator assigned.

   Please re-file a new proposed Stipulated Discovery Schedule/Order or a motion showing good cause for exemption, by **August 21, 2013.** Unless the Court hears from you otherwise, this case could be placed on a master calendar ready for trial.

                                                    Sincerely,

                                                    */s/Lisa Wright*
                                                    Lisa Wright
                                                    Operations Supervisor
                                                    (802) 951-6395x116

Cc:
Marshall N. Gilinsky, Esq.
Craig R. Blackman, Esq.
Gina M. Stowe, Esq.
Matthew B. Byrne, Esq.