UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MARY AND RICHARD HOULE,<br><br>       Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY AND FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>       Defendants. | Case No: 2:13-cv-44 |

**CERTIFICATE OF SERVICE**

I, Margaret Frye, hereby certify that on this date I served Initial Disclosures on the Defendant by mailing a copy, postage prepaid to:

Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, PO Box 369
Burlington, VT  05402

Craig R. Blackman, Esq.
Gina M. Stowe, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street
Philadelphia, PA  19103

Dated: August 15, 2013
   Burlington, VT

/s/ Margaret Frye
Margaret Frye
Legal Services Law Line of Vermont
274 North Winooski Avenue
Burlington, VT  05401
802-863-7153
mfrye@lawlinevt.org