UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MARY AND RICHARD HOULE,<br>  Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE<br>COMPANY and FEDERAL EMERGENCY<br>MANAGEMENT AGENCY<br>  Defendants. | )<br>)<br>)<br>)<br>)  Docket No. 2:13-cv-44<br>)<br>)<br>)<br>)<br>) |

## **DISCOVERY CERTIFICATE**

I, Margaret Frye, hereby certify that on this date I served Plaintiffs' First Interrogatories and Requests to Produce on the Defendant by emailing and mailing a copy, postage prepaid to:

Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, PO Box 369
Burlington, VT 05402
mbyrne@gravelshea.com

Craig R. Blackman, Esq.
Gina M. Stowe, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street
Philadelphia, PA 19103
cblackman@stradley.com
gstowe@stradley.com

Dated: November 27, 2013
    Burlington, VT

/s/ Margaret Frye
Margaret Frye, Esq.
Legal Services Law Line of Vermont
274 North Winooski Avenue
Burlington, VT 05401
802-863-7153 ext. 113
mfrye@lawlinevt.org