UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| MARY and RICHARD HOULE,<br>　　Plaintiffs<br><br>　　　　v.<br><br>THE STANDARD FIRE INSURANCE<br>COMPANY and FEDERAL EMERGENCY,<br>MANAGEMENT AGENCY,<br>　　Defendants | )<br>)<br>)<br>) Docket No. 2:13-cv-44<br>)<br>)<br>)<br>)<br>) |

## DISCOVERY CERTIFICATE

I, Matthew B. Byrne, hereby certify that on December 26, 2013, I served Defendant The Standard Fire Insurance Company's Objections and Responses to Plaintiffs' First Interrogatories and Requests to Produce (with attachments to be sent under separate cover) to Plaintiffs by U.S. Mail, postage prepaid to:

Margaret Frye, Esq.
Legal Services Law Line of Vermont, Inc.
274 North Winooski Avenue
Burlington, VT 05401

Marshall Gilinsky, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Dated:　　Burlington, Vermont
　　　　　　December 26, 2013

　　　　　　　　　　　　　　　　　　/s/ Matthew B. Byrne
　　　　　　　　　　　　　　　　　　Matthew B. Byrne, Esq.
　　　　　　　　　　　　　　　　　　Gravel & Shea PC
　　　　　　　　　　　　　　　　　　76 St. Paul Street, 7th Floor, P. O. Box 369
　　　　　　　　　　　　　　　　　　Burlington, VT  05402-0369
　　　　　　　　　　　　　　　　　　(802) 658-0220
　　　　　　　　　　　　　　　　　　mbyrne@gravelshea.com
　　　　　　　　　　　　　　　　　　For Defendant The Standard Fire Insurance Company

gravel &
shea   ATTORNEYS AT LAW
76 St. Paul Street
Post Office. Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION