UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MARY AND RICHARD HOULE,<br>    Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE<br>COMPANY and FEDERAL EMERGENCY<br>MANAGEMENT AGENCY<br>    Defendants. | Docket No. 2:13-cv-44 |

## CERTIFICATE OF SERVICE

I, Margaret Frye, hereby certify that on this date I electronically filed the following documents:

1. Plaintiffs' Motion for Summary Judgment and Memorandum of Law In Support Plaintiffs' Cross Motion for Summary Judgment;
2. Statement of Undisputed Facts Regarding Plaintiffs' Cross Motion for Summary Judgment;
3. Affidavit of Cara LaBounty in Opposition to Defendant the Standard Fire Insurance Company's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment;
4. Exhibits A-O;
5. Plaintiffs' Memorandum in Opposition to defendant the Standard Fire Insurance Company's Motion for Summary Judgment;
6. Plaintiffs' Statement of Disputed Facts;
7. Affirmation of Marshall Gilinsky in Opposition to Defendant the Standard Fire Insurance Company's Motion for Summary Judgment and in Support of Plaintiffs' Cross Motion for Summary Judgment;
8. Exhibits 1-4.
9. Motion to Strike Defendant's Declaration of Scott Holmes.

With the Clerk of Court using the Cm/ECF system which will send notification of such filings to the following:

Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, PO Box 369
Burlington, VT 05402
mbyrne@gravelshea.com

Craig R. Blackman, Esq.
Gina M. Stowe, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street
Philadelphia, PA 19103
cblackman@stradley.com
gstowe@stradley.com

Dated: January 3, 2014
      Burlington, VT

                                               <u>/s/ Margaret Frye</u>
                                               Margaret Frye, Esq.
                                               Legal Services Law Line of Vermont
                                               274 North Winooski Avenue
                                               Burlington, VT 05401
                                               802-863-7153 ext. 113
                                               <u>mfrye@lawlinevt.org</u>